DAVID D. COOKE (STATE BAR NO. 094939)
TIMOTHY A DOLAN (STATE BAR NO. 209674)
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516

STUART I. BLOCK (STATE BAR NO. 160688)
MONALI S. SHETH (STATE BAR NO. 239511)
COX, CASTLE & NICHOLSON LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
Telephone: (415) 392-4200
Facsimile: (415) 392-4250

Attorneys for Plaintiffs
ARTHUR G. MAIONCHI, EDWARD A. MAIONCHI,
THOMAS S. DINETTE, AND CHARLES J. KRAFT

**E-filed 8/9/06**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR G. MAIONCHI, EDWARD A. MAIONCHI, THOMAS S. DINETTE, and CHARLES J. KRAFT,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC CORPORATION, a Utah Corporation,<br><br>Defendants. | Case No. C 03-0647-JF<br><br>**STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE;**<br><br>[~~PROPOSED~~] ORDER THEREON |

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

43246\69947v7

- 1 -

REQUEST FOR CMC; PROPOSED ORDER
Case No. C 03-0647 JF

1   Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10(c), plaintiffs Arthur
2   G. Maionchi, Edward A. Maionchi, Thomas S. Dinette and Charles J. Kraft (collectively, "Plaintiffs")
3   and defendant Union Pacific Corp. ("Union Pacific") hereby stipulate and jointly request that the
4   Court schedule a Case Management Conference in this matter.

5   In 2003, Plaintiffs filed this breach of contract and declaratory relief action, seeking indemnity
6   from Union Pacific under a merger agreement for costs relating to environmental contamination at
7   property known as 1470A Industrial Avenue in San Jose, California.

8   On February 23, 2004, this Court granted the motion of defendant Union Pacific and then-
9   defendant Safety-Kleen Services, Inc.[1] for summary judgment against Plaintiffs, and entered judgment
10  in favor of both defendants the same day. Plaintiffs appealed the judgment. On December 30, 2005,
11  the Ninth Circuit Court of Appeals reversed and remanded the February 23, 2004 judgment of this
12  Court. A copy of the Ninth Circuit's judgment is attached as Exhibit A.

13  The parties hereby jointly request that the Court schedule a Case Management Conference for
14  the purposes of (1) considering issuance of a case scheduling order in this matter, and (2) resolving a
15  dispute among the parties regarding the issues remaining for trial.

16  The parties further request that the Court schedule the Case Management Conference for
17  October 13, 2006 or as soon thereafter as is convenient for the Court. The parties additionally request
18  that they be permitted to file separate Case Management Conference Statements, not to exceed fifteen
19  (15) pages in length, not fewer than ten (10) days prior to the conference, in which they will set out

---

[1] In October 2004, Plaintiffs settled their claims with Safety-Kleen Services, Inc., and dismissed the appeal as to that defendant.

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
43246\69947v7                     - 2 -                     REQUEST FOR CMC; PROPOSED ORDER
                                                            Case No. C 03-0647 JF

1   their proposed dates for a case scheduling order and their respective positions regarding the issue(s)

2   left to be decided in this action.

3   Dated:  August 7, 2006                     Respectfully submitted,

4                                              ALLEN MATKINS LECK GAMBLE  MALLORY & NATSIS LLP

5

6                                              COX, CASTLE & NICHOLSON LLP

7

8                                              By: s/Stuart I. Block
                                                   Stuart I. Block, Attorneys for Plaintiffs
                                                   ARTHUR G. MAIONCHI, EDWARD A.
9                                                  MAIONCHI, THOMAS S. DINETTE, AND
                                                   CHARLES J. KRAFT
10

11

12  Dated:  August 7, 2006                     BARG COFFIN LEWIS & TRAPP LLP

13

14                                             By: s/Marc A. Zeppetello
                                                   Marc A. Zeppetello
                                                   Attorneys for Defendants
15                                                 UNION PACIFIC CORPORATION

16

17

18                              **[PROPOSED] ORDER**

19      For the reasons set forth above, and good cause appearing therefor, the Court hereby orders:

20      1.   A Case Management Conference shall be held in this matter at  10:30  AM/PM on

21   October 13                    , 2006.

22      2.   No less than ten (10) days prior to the scheduled Case Management Conference,

23  Plaintiffs and Union Pacific shall each submit a Case Management Conference Statement, not to

24  exceed fifteen (15) pages in length, setting forth proposed dates for a case scheduling order, and its

25  respective position regarding the issue(s) left to be decided in this action.

26

27

28

3. The parties shall meet and confer in good faith prior to filing their respective statements to attempt to reach agreement on proposed dates for a case scheduling order.

IT IS SO ORDERED.

DATED: August 9, 2006

_____
Hon. Jeremy Fogel
United States District Judge

LAW OFFICES OF
**COX, CASTLE &**
**NICHOLSON LLP**
SAN FRANCISCO

43246\69947v7

- 4 -

REQUEST FOR CMC; PROPOSED ORDER
Case No. C 03-0647 JF