**E-Filed 12/15/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR G. MAIONCHI, et al., <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>SAFETY-KLEEN SERVICES, INC., et al., <br><br>　　　　　　Defendants. | Case Number C 03-647 JF (PVT) <br><br> ORDER[1] (1) DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; AND (2) REQUESTING BRIEFING ON MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL <br><br> [re: doc. no. 79] |

　　　Defendant's motion for leave to file a motion for reconsideration is DENIED.  The Court considered all of Defendant's arguments when it made its ruling regarding the scope of the appellate court's remand.

　　　Because as the Court noted in its ruling there are certain ambiguities in the appellate court's order, the Court is of the opinion that an interlocutory appeal may be appropriate so that the appellate court itself may clarify the scope of its remand.  Plaintiffs shall file a brief addressing Defendant's request for certification for interlocutory appeal on or before December

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-647 JF (PVT)
ORDER (1) DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION ETC.
(JFLC2)

1    29, 2006.  The matter thereafter will be taken under submission without oral argument.

2         IT IS SO ORDERED.

5    DATED:  12/15/06

                                                              _____
                                                              JEREMY FOGEL
                                                              United States District Judge

2

Case No. C 03-647 JF (PVT)
ORDER (1) DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION ETC.
(JFLC2)

Copies of Order served upon the following persons:

John F. Barg     jfb@ bcltlaw.com,

Stuart I. Block     sblock@coxcastle.com,

Grace A. Carter     gracecarter@paulhastings.com, farshidarjam@paulhastings.com, edwardhan@paulhastings.com, bradenwilhelm@paulhastings.com

David D. Cooke     dcooke@allenmatkins.com, mtang@allenmatkins.com; knewsome@allenmatkins.com

Hilton S. Williams     hiltonwilliams@paulhastings.com, dellagrant@paulhastings.com

Marc A. Zeppetello , Esq     maz@bcltlaw.com, af@bcltlaw.com

Melanie L. Tang
Allen Matkins Leck Gamble & Mallory LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111