**E-filed 12/22/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR G. MAIONCHI, EDWARD A. MAIONCHI, THOMAS S. DINETTE AND CHARLES J. KRAFT,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC CORPORATION, et al.,<br><br>Defendants. | Case No. C 03 0647 JF<br><br>[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE BRIEFING ON DEFENDANT'S MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL |

Pursuant to the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED:

1. The deadline for the Plaintiffs to the above-captioned action to file their brief addressing Defendant's Motion for Certification for Interlocutory Appeal, as required by the Court's Order of December 15, 2006, is hereby extended from December 29, 2006 to January 5, 2007.

2. No other deadline established in any existing scheduling order is modified.

Dated: 12/22/06

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE