**E-filed 5/31/07**

JOHN F. BARG (State Bar No. 60230)
MARC A. ZEPPETELLO (State Bar No. 121185)
BARG COFFIN LEWIS & TRAPP, LLP
One Market · Steuart Tower, Suite 2700
San Francisco, California 94105-1475
Telephone:    (415) 228-5400
Facsimile:     (415) 228-5450

Attorneys for Defendant
UNION PACIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR G. MAIONCHI, EDWARD A. MAIONCHI, THOMAS S. DINETTE, and CHARLES J. KRAFT, <br><br> Plaintiffs, <br><br> v. <br><br> UNION PACIFIC CORPORATION, a Utah corporation, <br><br> Defendant. | Case No.: C-03-0647-JF <br><br> STIPULATION AND [~~PROPOS~~ED] ORDER TO EXTEND CERTAIN PRETRIAL DATES |

Plaintiffs Arthur G. Maionchi, Edward A. Maionchi, Thomas S. Dinette, and Charles K. Kraft and Defendant Union Pacific Corporation ("Union Pacific") hereby stipulate to extend certain pretrial dates for approximately three to four weeks to enable the parties to devote their resources to engaging in further settlement discussions, and request that the Court enter the accompanying proposed order granting the requested extensions.

1.  At the most recent case management conference, held on February 2, 2007, the Court adopted the following pretrial and trial schedule, as proposed by the parties:

    •  Completion of Fact Discovery:          April 27, 2007
    •  Last Date for Disclosure of Experts:   May 11, 2007

1 • Close of Expert Discovery: May 31, 2007
2 • Last Day to File Dispositive Motions: June 8, 2007
3 • Last Day to Hear Dispositive Motions: July 20, 2007
4 • Pretrial Conference: September 7, 2007
5 • Trial: October 2, 2007

2. On January 22, 2007, the parties participated in a mediation session with Martin Quinn of JAMS in San Francisco. The parties were unable to reach a settlement at that time. The parties recently agreed to engage in a further mediation session with Mr. Quinn, but have been informed that he is currently out of the country until June 11th, and that the first date he is available is June 14th. The parties are in the process of scheduling a mediation session with Mr. Quinn for June 14th.

3. To enable the parties to devote their resources to settlement discussions, they hereby stipulate to extend the deadlines for the close of expert discovery, and for filing and hearing dispositive motions, as follows:

• Close of Expert Discovery: June 26, 2007
• Last Day to File Dispositive Motions: June 29, 2007
• Last Day to Hear Dispositive Motions: August 10, 2007

The Pretrial Conference would remain September 7, 2007, and Trial Date would remain October 2, 2007.

Respectfully submitted,

DATED: May 29, 2007         BARG COFFIN LEWIS & TRAPP, LLP
                            JOHN F. BARG
                            MARC A. ZEPPETELLO

                            By:   /s/ Marc A. Zeppetello
                                  MARC A. ZEPPETELLO
                                  Attorneys for Defendant
                                  UNION PACIFIC CORPORATION

///

///

///

2

| | |
|---|---|
| DATED: May 29, 2007 | ALLEN MATKINS LECK GAMBLE MALLORY & NATISIS LLP<br>DAVID D. COOKE |
| | COX CASTLE & MICHOLSON LLP<br>STUART I. BLOCK |

By:   /s/ David D. Cooke
      DAVID D. COOKE
      Attorneys for Plaintiffs

Attestation Regarding Signature:  This document is being filed electronically under my user ID and Password.  Pursuant to General Order 45, section XB, I hereby attest that concurrence in the filing of this documents has been obtained from each of the other signatories to this document.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed May 29, 2007.

By:   /s/ Marc A. Zeppetello
      MARC A. ZEPPETELLO

BARG
COFFIN
LEWIS &
TRAPP
ATTORNEYS
LLP

**[~~PROPOSED~~] ORDER**

FOR GOOD CAUSE SHOWN, the Court modifies the case management schedule as follows:

- Close of Expert Discovery:             June 26, 2007
- Last Day to File Dispositive Motions:  June 29, 2007
- Last Day to Hear Dispositive Motions:  August 10, 2007

The Pretrial Conference remains September 7, 2007, and Trial Date remains October 2, 2007.

Dated: _____5/31_____, 2007

Honorable Jeremy Fogel
United States District Judge

4

**PROOF OF SERVICE BY FACSIMILE TRANSMISSION**

I, Marianne Horn, declare that I am over the age of eighteen years and not a party to this action. I am an employee of Barg Coffin Lewis & Trapp, LLP ("the Firm") and my business address is One Market, Steuart Tower, Suite 2700, San Francisco, California 94105-1475.

On May 29, 2007, I served the following document in this cause:

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND CERTAIN PRETRIAL DATES**

by facsimile transmission to the individuals and facsimile numbers set forth below. I caused said document to be transmitted by facsimile machine to the addresses listed below at the facsimile numbers listed below. I am readily familiar with the Firm's practice for transmissions by facsimile. Pursuant to that practice, transmissions are sent as soon as possible and are repeated, if necessary, until they are reported as complete and without error. In sending the above-described document by facsimile, I followed the Firm's ordinary business practices.

| | |
|---|---|
| David D. Cooke<br>Allen Matkins Leck Gamble Mallory<br>& Natsis LLP<br>Three Embarcadero Center, 12th Fl.<br>San Francisco, CA 94111<br>Telephone: (415) 273-7459<br>Facsimile: (415) 837-1516 | Stuart I. Block<br>Cox, Castle & Nicholson LLP<br>555 Montgomery Street, Suite 1500<br>San Francisco, California 94111-2585<br>Telephone: (415) 262-5105<br>Facsimile: (415) 392-4250 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 29, 2007, at San Francisco, California.

/s/ Marianne Horn
Marianne Horn