1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ARTHUR G. MAIONCHI, et al., | ) | Case No.: C 03-0647 JF PVT |
| Plaintiffs, | ) ) | **ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR** |
| v. | ) ) | **PLAINTIFFS' MOTION TO EXCLUDE EXPERT WITNESS TESTIMONY** |
| UNION PACIFIC CORPORATION, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

   On July 2, 2007, the parties filed a stipulated request for an order shortening time for hearing on Plaintiffs' motion to exclude the testimony of experts Plaintiffs argue were not timely disclosed.[1] Based on the stipulation and the file herein,

   IT IS HEREBY ORDERED that Defendant shall electronically file its opposition papers no later than NOON on July 6, 2007. No reply may be filed.[2] The motion shall be heard at 10:00 a.m. on July 10, 2007.

Dated: *7/3/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

   [1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

   [2] Plaintiffs waited over two weeks after receiving Defendant's expert disclosures to file this motion. A briefing schedule that allows Plaintiffs to file a reply less than 2 office hours before the hearing is patently unreasonable.