DAVID D. COOKE (SBN 094939)
CATHY A. HONGOLA (SBN 234489)
ALLEN MATKINS LECK GAMBLE & MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4304
Phone:  (415) 837-1515
Fax:  (415) 837-1516

STUART I. BLOCK (SBN 160688)
COX CASTLE & NICHOLSON LLP
555 MONTGOMERY STREET
15TH FLOOR
SAN FRANCISCO, CA  94111
Tel: (415) 392-4200
Fax: (415) 392-4250

Attorneys for Plaintiffs
ARTHUR G. MAIONCHI, EDWARD A. MAIONCHI,
THOMAS S. DINETTE, AND CHARLES J. KRAFT

**E-filed 7/13/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR G. MAIONCHI, EDWARD A. MAIONCHI, THOMAS S. DINETTE AND CHARLES J. KRAFT,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC CORPORATION,<br><br>Defendant. | Case No. C 03 0647 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CERTAIN PRETRIAL DATES |

Plaintiffs Arthur G. Maionchi, Edward A. Maionchi, Thomas S. Dinette and Charles J. Kraft ("Plaintiffs") and defendant Union Pacific Corporation ("Defendant") hereby stipulate as follows:

1. At the most recent case management conference, held on February 2, 2007, the Court adopted the following pretrial and trail schedule, as proposed by the parties:

- Completion of Fact Discovery                April 27, 2007
- Last Date for Disclosure of Experts:        May 11, 2007

1     • Close of Expert Discovery:      May 31, 2007

2     • Last Day to File Dispositive Motions:      June 8, 2007

3     • Last Day to Hear Dispositive Motions:      July 20, 2007

4     • Pretrial Conference:      September 7, 2007

5     • Trial:      October 2, 2007

6     2. To enable the parties to devote their resources to settlement discussions, the parties stipulated to, and on May 31, 2007 the Court issued an order approving, an extension of deadlines for the close of expert discovery, and for filing and hearing dispositive motions, as follows:

    • Close of Expert Discovery:      June 26, 2007

    • Last Day to File Dispositive Motions:      June 29, 2007

    • Last Date to Hear Dispositive Motions:      August 10, 2007

The Pretrial Conference Date and Trial Date were not affected by this Order.

3. In light of progress made during a mediation session conducted by Mr. Martin Quinn of JAMS in San Francisco on June 14, 2007, Mr. Quinn recommended, and the parties agreed, that the prospects for settlement would be aided by a further order adjusting the pretrial schedule. On June 28, 2007, the Court issued an order approving the extension of deadlines as follows:

    • Close of Expert Discovery      July 17, 2007

    • Last Day to File Dispositive Motions:      July 20, 2007

    • Last Date to Hear Dispositive Motions:      August 31, 2007

    • Pretrial Conference:      September 14, 2007

The Trial Date was not affected by this Order.

4. On July 12, 2007, counsel were informed that due to the number of hearings already scheduled on the Court's calendar for August 31, 2007, the Court is not able to conduct a hearing on a motion for summary judgment on that date, that there are no other dates in August on which a hearing could be held, and that the next available hearing date is September 14, 2007, the same date on which the pretrial conference is currently scheduled.

1  5. Based on the foregoing, and on the recommendation of the Clerk with regard to
2  rescheduling of the pretrial conference, the parties stipulate to, and request that the Court adopt,
3  the following revised deadlines:

4  • Revised Last Date to Hear Dispositive Motions      September 14, 2007
5  • Revised Date for Pretrial Conference              September 21, 2007

6  The parties also stipulate that the date for filing dispositive motions should be adjusted to
7  harmonize the briefing schedule with the proposed revised motion hearing date, and that the date
8  for completion of expert discovery should, consistent with prior orders, be set at three court days
9  before the date for filing dispositive motions. Thus the parties request that the Court also include
10 the following deadlines in its order:

11 • Revised Close of Expert Discovery:                August 7, 2007
12 • Revised Last Day to File Dispositive Motions:     August 10, 2007

13 The Trial Date of October 2, 2007 would not be affected by these proposed revisions.

14  6. Except as set forth herein, there have been modifications to or extensions of dates
15 set forth in the pretrial schedule.

16  IT IS SO STIPULATED.

17 Dated: July 12, 2007                ARTHUR G. MAIONCHI, EDWARD A.
                                        MAIONCHI, THOMAS S. DINETTE AND
18                                      CHARLES J. KRAFT

19

20                                      By:   /s/ David D. Cooke
                                              DAVID D. COOKE
21                                            Attorney for Plaintiffs

22 Dated: July 12, 2007                UNION PACIFIC CORPORATION

23
                                        By:   /s/ Marc A. Zeppetello
24                                            MARC A. ZEPPETELLO
                                              Attorney for Defendant
25

26

27

28

Case No. C 03 0647 JF
STIPULATION AND [PROPOSED] ORDER
TO EXTEND CERTAIN PRETRIAL DATES
-3-

1       Attestation Regarding Signature: This document is being filed electronically under my
2  User ID and Password.  Pursuant to General Order 45, Section X.B, I hereby attest that
3  concurrence in this filing of this document has been obtained from each of the other signatories to
4  this document.
5       I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct.  Executed July 12, 2007 in San Francisco, California.

                                              /s/ David D. Cooke
                                              David D. Cooke

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown, the Court modifies the case management schedule as follows:

- Close of Expert Discovery:            August 7, 2007
- Last Day to File Dispositive Motions:   August 10, 2007
- Last Date to Hear Dispositive Motions   September 14, 2007
- Pretrial Conference                   September 21, 2007

The Trial Date remains October 2, 2007.

Dated: __July 13, 2007

_____
Honorable Jeremy Fogel
United States District Judge

Case No.  C 03 0647 JF
STIPULATION AND [PROPOSED] ORDER
TO EXTEND CERTAIN PRETRIAL DATES