**E-Filed 9/11/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR G. MAIONCHI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNION PACIFIC CORPORATION, <br><br> Defendant. | Case Number C 03-647 JF (PVT) <br><br> ORDER[1] ALLOWING SUR-REPLY MEMORANDUM OF SINGLE ISSUE <br><br> [re: doc. no. 143] |

Good cause appearing, Plaintiffs may file a concise sur-reply to address the single issue raised in Plaintiffs' Motion for Administrative Relief for Leave to File Sur-Reply Memorandum in Response to Union Pacific Corporation's Reply in Support of its Motion for Summary Judgment.

IT IS SO ORDERED.

DATED: 9/11/07

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

1  Copies of Order served upon the following persons:

2

3  John F. Barg     jfb@bcltlaw.com, mh@bcltlaw.com

4

5  Stuart I. Block     sblock@coxcastle.com,

6

7  Grace A. Carter     gracecarter@paulhastings.com, farshidarjam@paulhastings.com, edwardhan@paulhastings.com, bradenwilhelm@paulhastings.com

8

9  David D. Cooke     dcooke@allenmatkins.com, knewsome@allenmatkins.com; nsubias@allenmatkins.com; mfarrell@allenmatkins.com; pbreen@allenmatkins.com

10

11  Melanie Louise Tang     mtang@briscoelaw.net, pnewcome@briscoelaw.net

12

13  Hilton S. Williams     hiltonwilliams@paulhastings.com, dellagrant@paulhastings.com

14  Marc A. Zeppetello , Esq     maz@bcltlaw.com, af@bcltlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 03-647 JF (PVT)
ORDER ALLOWING SUR-REPLY MEMORANDUM OF SINGLE ISSUE
(JFLC3)