**E-Filed 01/08/08**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR G. MAIONCHI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNION PACIFIC CORPORATION, <br><br> Defendant. | Case Number C 03-647 JF (PVT) <br><br> ORDER[1] DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER VACATING TRIAL DATE AND SETTING A CASE MANAGEMENT CONFERENCE <br><br> [re: doc. no. 166, 172] |

    Plaintiffs bring the instant motion under Civil Local Rule 7-11, seeking to vacate the trial and pretrial dates in the instant case. Plaintiffs assert that the parties cannot agree about the scope of the matters to be litigated at trial and request that the Court convert the pretrial conference date currently scheduled for January 18, 2008 to a case management conference. Union Pacific opposes the motion.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-647 JF (PVT)
ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER VACATING TRIAL DATE AND SETTING A CASE MANAGEMENT CONFERENCE
(JFLC3)

The evidence and arguments having been considered, the motion to vacate the pretrial conference is denied and the motion to vacate the trial date is denied without prejudice. The Court will address Plaintiffs' concerns regarding the scope of the trial at the pretrial conference and will adjust the trial schedule at that time should such an adjustment be necessary. Plaintiffs' motion for administrative relief to file a reply in support of their administrative motion for order vacating trial date and setting a case management conference is denied as moot.

IT IS SO ORDERED.

DATED: 01/08/08

_____
JEREMY FOGEL
United States District Judge