DAVID D. COOKE (SBN 094939)
CATHY A. HONGOLA (SBN 234489)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4304
Telephone: (415) 837-1515
Facsimile: (415) 837-1516

STUART I. BLOCK (SBN 160688)
COX CASTLE & NICHOLSON LLP
555 California Street
10th Floor
San Francisco, CA 94104
Telephone: (415) 392-4200
Facsimile: (415) 392-4250

Attorneys for Plaintiffs
ARTHUR G. MAIONCHI, EDWARD A. MAIONCHI,
THOMAS S. DINETTE, AND CHARLES J. KRAFT

JOHN F. BARG (SBN 60230)
MARC A. ZEPPETELLO (SBN 121185)
BARG COFFIN LEWIS & TRAPP, LLP
One Market, Steuart Tower, Suite 2700
San Francisco, California 94105-1475
Telephone: (415) 228-5400
Facsimile: (415) 228-5450

Attorneys for Defendant
UNION PACIFIC CORPORATION

\*\*E-filed 2/29/08\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR G. MAIONCHI, EDWARD A. MAIONCHI, THOMAS S. DINETTE AND CHARLES J. KRAFT,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC CORPORATION, et al.,<br><br>Defendants. | Case No. C 03 0647 JF<br><br>STIPULATED ORDER OF DISMISSAL |

The parties, Plaintiffs Arthur G. Maionchi, Edward A. Maionchi, Thomas S. Dinette and Charles J. Kraft, on the one hand, and Defendant Union Pacific Corporation, on the other hand, hereby stipulate through their undersigned counsel that:

1. The parties executed a Settlement Agreement effective on or about February 25, 2008. In the Settlement Agreement the parties agreed to stipulate to an order of dismissal of this Action with prejudice.

2. Subject to the terms and conditions of the Settlement Agreement, the parties request that this Court dismiss with prejudice this action and all claims alleged therein.

Dated: February 26, 2008

ALLEN MATKINS LECK GAMBLE &
MALLORY & NATSIS LLP
DAVID D. COOKE
CATHY A. HONGOLA

COX CASTLE & NICHOLSON LLP
STUART I. BLOCK

By: /s/ David D. Cooke
    DAVID D. COOKE
    Attorneys for Plaintiffs
    Arthur G. Maionchi, Edward A. Maionchi,
    Thomas S. Dinette, and Charles J. Kraft

Dated: February 26, 2008

BARG COFFIN LEWIS & TRAPP, LLP
JOHN F. BARG
MARC A. ZEPPETELLO

By: /s/ John F. Barg
    JOHN F. BARG
    Attorneys for Defendant
    Union Pacific Corporation

733692.01/SF

-2-

Case No. C 03 0647 JF
STIPULATED ORDER OF DISMISSAL

1     Attestation Regarding Signature: This document is being filed electronically under my

2 User ID and Password.  Pursuant to General Order 45, Section X.B, I hereby attest that

3 concurrence in this filing of this document has been obtained from each of the other signatories to

4 this document.

5     I declare under penalty of perjury under the laws of the United States that the foregoing is

6 true and correct.  Executed February 26, 2008 in San Francisco, California.

                                /s/ David D. Cooke
                                David D. Cooke

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND |
| 4 | THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFOR, the |
| 5 | instant action and all claims alleged therein are hereby dismissed with prejudice. Each party shall |
| 6 | bear its own costs. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: 2/29/08 |
| 9 | Hon. Jeremy Fogel<br>United States District Judge |